HERBERT T. SHANNON, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

MORTON J. LUCHS, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket Nos. 31129, 31130. Promulgated April 21, 1930.

*Laurence Graves, Esq.*, for the petitioners.
*O. J. Tall, Esq.*, for the respondent.

###### OPINION.

BLACK: The facts in this proceeding and the question involved are identical with the facts and the question in the case of *Charles Colip*, 5 B. T. A. 123. On the authority of the decision in that case the issue must be resolved in favor of the respondent. See also *H. M. McDowell*, 16 B. T. A. 95, and the cases cited therein.

*Judgment will be entered for the respondent.*